No. 242. THE PASCAGOULA NATIONAL BANK OF Moss POINT AND PASCAGOULA, MISSISSIPPI *v.* THE FEDERAL RESERVE BANK OF ATLANTA ET AL. Appeal from the District Court of the United States for Northern District of Georgia. Argued November 24, 25, 1925. Decided November 30, 1925. *Per Curiam.* Transferred to the Circuit Court of Appeals for the Fifth Circuit, upon the authority of the act of September 6, 1916, c. 448, sec. 3, 39 Stat. 727,

and section 238 of the Judicial Code as amended by section 238 (a), act of September 14, 1922, c. 305, 42 Stat. 837; act of February 13, 1925, sec. 14; *Heitler v. United States,* 260 U. S. 438. *Mr. Alexander W. Smith, Jr.,* with whom *Mr. Alexander W. Smith* was on the brief, for appellant. *Messrs. Hollins N. Randolph, Montgomery Angell, Newton D. Baker, Robert S. Parker and F. H. Watkins* were on the brief, for appellees.